UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiffs,

-v-

MB FINANCIAL CASHIER'S CHECK 13430651, PAYABLE TO MIVVEL INC. TO CLOSE MB FINANCIAL BANK ACCOUNT NUMBER 9999140566; and MB FINANCIAL CASHIER'S CHECK 13430652, PAYABLE TO TULLOW INC. TO CLOSE MB FINANCIAL BANK ACCOUNT NUMBER 9999140572

                        Defendants-in-rem.

21 Civ. 3646 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        On April 23, 2021, the Government filed its complaint seeking forfeiture against the two *in rem* defendants. Dkt. 1. Since that date, there has been no further action on this case. The Government is directed to provide the Court, by September 17, 2021, with a letter explaining whether it intends to pursue the case, and if so, what steps it envisions to move this matter forward.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 10, 2021
       New York, New York