UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

          Plaintiff,

          -v.-

MB FINANCIAL CASHIER'S CHECK 13430651,
PAYABLE TO MIVVEL INC. TO CLOSE MB
FINANCIAL BANK ACCOUNT NUMBER
9999140566; and

MB FINANCIAL CASHIER'S CHECK 13430652,
PAYABLE TO TULLOW INC. TO CLOSE MB
FINANCIAL BANK ACCOUNT NUMBER
9999140572,

          Defendants-*in-rem*.
------------------------------------- x

JUDGMENT OF FORFEITURE

21 Civ. 3646 (PAE)

        WHEREAS, on or about April 23, 2021, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint") alleging that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6);

        WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site www.forfeiture.gov for at least 30 consecutive days, from April 28, 2021, through May 27, 2021, and proof of such publication was filed with the Clerk of this Court on September 16, 2021 (D.E. 4);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to

2

adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about June 23, 2021, the Government sent direct notice of the Verified Complaint by Federal Express on the following:

>Uzma Shaheen
>Oak Brook, Illinois 60523
>
>Zubair Syed
>Oak Brook, Illinois 60523

(the "Noticed Parties");

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

Dated: New York, New York
November 23, 2021

SO ORDERED:

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

4